UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHELE A. BROWNE,                              :
                                                :
                Plaintiff,           :       05 Civ. 4270 (RMB)
                                                :
      -against-                                :       **ORDER OF DISCONTINUANCE**
                                                :
J.P. MORGAN SECURITIES, INC.,                   :
                                                :
                Defendant.           :
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Based on the plaintiff having indicated on June 14, 2007 that the parties reached a settlement agreement on April 27, 2006, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
       June 18, 2007

_____
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07